**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MONTE M. MCCOY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0217** |
| | : | |
| **AMPLER QSR, LLC,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this **1ˢᵗ** day of **JULY, 2026,** upon consideration of Plaintiff Monte M.

McCoy's *pro se* Motion to Proceed *in forma pauperis* (ECF No. 1), *pro se* Complaint (ECF No.

2), and Motion for Service (ECF No. 3) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.      The Motion for Service is **DENIED** as moot.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/S/ Kai N. Scott*
_____
**KAI N. SCOTT, J.**